# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Seby,<br><br>      Plaintiff,<br><br>v.<br><br>Midland Funding LLC, et al.,<br><br>      Defendants. | No. CV-16-00526-TUC-JGZ<br><br>**ORDER** |

Upon review of the parties Stipulation of Dismissal filed on October 26, 2016 (Doc. 12) and good cause appearing,

IT IS ORDERED THAT the Stipulation (Doc. 12) is GRANTED.  This matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.  The Clerk of the Court shall close the file in this matter.

Dated this 4th day of November, 2016.

_Honorable Jennifer G. Zipps_
United States District Judge